The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LANDMARK TECHNOLOGY, LLC<br><br>Plaintiff,<br><br>v.<br><br>JONES SODA CO. AND JONES SODA CO. (USA), INC.,<br><br>Defendants. | CASE NO. 2:17-cv-00978-JLR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT<br><br>**Noting Date:**<br>**July 27, 2017** |

## STIPULATION

Pursuant to Local Civil Rule 7(d) and (j) Plaintiff Landmark Technology, LLC ("Plaintiff") and Defendants Jones Soda Co. and Jones Soda Co. (USA), Inc. ("Defendants"), by and through their respective attorneys, stipulate and agree as follows:

WHEREAS, Plaintiff's Complaint was filed on June 28, 2017;

WHEREAS, Defendants were served with Plaintiff's Complaint on July 11, 2017;

WHEREAS, Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is August 1, 2017;

AND WHEREAS, the parties stipulate and agree that Defendants may have an additional thirty (30) days to answer or otherwise respond to Plaintiff's Complaint, extending the deadline to August 31, 2017.

IT IS SO STIPULATED.

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING
DEADLINE TO FILE ANSWER OR OTHERWISE
RESPOND TO COMPLAINT - 1
(CASE NO. 2:17-cv-00978-JLR)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

DATED this 27th day of July, 2017.

          Respectfully submitted,

SUMMIT LAW GROUP PLLC
Attorneys for Defendants Jones Soda Co.
and Jones Soda Co. (USA), Inc.

By *s/ Christopher T. Wion*
Christopher T. Wion, WSBA #33207
315 Fifth Avenue So., Suite 1000
Seattle, WA 98104
*chrisw@summitlaw.com*

BANIE & ISHIMOTO LLP
Attorneys for Plaintiff
Landmark Technology, LLC

By *s/ John A. Lee*
John A. Lee, WSBA #35550
3705 Haven Ave., #137
Menlo Park, CA 94025
*jlee@banishlaw.com*

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO FILE ANSWER OR OTHERWISE
RESPOND TO COMPLAINT - 2
(CASE NO. 2:17-cv-00978-JLR)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# [PROPOSED] ORDER

This matter having come before the Court on the parties' Stipulation, it is HEREBY ORDERED that the deadline for Defendants to file an answer or otherwise respond to Plaintiff's Complaint is extended to August 31, 2017.

DATED this 27th day of July, 2017.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT - 3
(CASE NO. 2:17-cv-00978-JLR)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

*Presented by:*

SUMMIT LAW GROUP PLLC
Attorneys for Defendants Jones Soda Co.
and Jones Soda Co. (USA), Inc.

By *s/ Christopher T. Wion*
Christopher T. Wion, WSBA #33207
315 Fifth Avenue So., Suite 1000
Seattle, WA 98104
*chrisw@summitlaw.com*

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO FILE ANSWER OR OTHERWISE
RESPOND TO COMPLAINT - 4
(CASE NO. 2:17-cv-00978-JLR)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>John A. Lee
>Banie & Ishimoto LLP
>3705 Haven Ave., #137
>Menlo Park, CA 94025
>*jlee@banishlaw.com*

DATED this 27th day of July, 2017.

>*/s Katie Angelikis*
>Katie Angelikis, Legal Assistant

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO FILE ANSWER OR OTHERWISE
RESPOND TO COMPLAINT - 5
(CASE NO. 2:17-cv-00978-JLR)

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001